1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for federal Defendants

7

8                   IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  DAVID J. CONNOR,                    CASE NO. 2:22-CV-01124-AC

12                  Plaintiff,           STIPULATION AND [~~PROPOSED~~] ORDER FOR
                                         FIRST EXTENSION OF TIME
13            v.

14  ANA ESCROGIMA, ET AL.,

15                  Defendants.

16

17

18      The United States respectfully requests an additional 30-day extension of time in which to

19  respond to the Complaint, and counsel for plaintiff does not oppose.

20      This case concerns the visa application for Plaintiff's father, which has been pending since

21  March 2020.  The consular officer recently requested documents from the applicant.  Upon submission

22  of the additional documents, the parties anticipate that the consular officer will be able to complete the

23  adjudication, thereby rendering this lawsuit moot.

24  ///

25  ///

26  ///

27  ///

28  ///

                                            1

The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is October 6, 2022. The parties further request that all other filing deadlines be similarly extended.

Dated: September 6, 2022

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JOSHUA GOLDSTEIN
JOSHUA GOLDSTEIN
Counsel for Plaintiff

## ORDER

It is so ordered.

DATED: September 7, 2022.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE