1  PHILLIP A. TALBERT
United States Attorney
2  ELLIOT WONG
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6  Attorneys for federal Defendants

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  DAVID J. CONNOR,                          CASE NO.  2:22-CV-01124-AC

12                          Plaintiff,         STIPULATION AND [PROPOSED] ORDER FOR
                                              SECOND EXTENSION OF TIME
13                    v.

14  ANA ESCROGIMA, ET AL.,

15                          Defendants.

16

17

18        The United States respectfully requests an additional 14-day extension of time in which to

19  respond to the Complaint, and counsel for plaintiff does not oppose.

20        This case concerns the visa application for Plaintiff's father, which has been pending since

21  March 2020.  The Department of State issued the visa for Plaintiff's father on October 4, 2022.  Plaintiff

22  has confirmed receipt of the visa and will be prepared to voluntarily dismiss this case upon receipt of the

23  passport.

24  ///

25  ///

26  ///

27  ///

28  ///

                                              1

The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is October 21, 2022.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  October 6, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JOSHUA GOLDSTEIN
JOSHUA GOLDSTEIN
Counsel for Plaintiff

[PROPOSED] ORDER

It is so ordered.

Date: October 7, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2