1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| DAVID J. CONNOR,<br>    Plaintiff,<br><br>v.<br><br>ANA ESCROGIMA, et al.,<br>    Defendants. | Civil No.: 2:22-cv-01124 (AC) (ECF)<br><br>**ORDER [PROPOSED]**<br>**The Honorable Allison Claire** |
|---|---|

Upon consideration of Parties' *Stipulation for Dismissal*, it is hereby:

**ORDERED** that this action shall be dismissed,

**SO ORDERED** this 19th day of October 2022.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1